W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant MICHAEL MANFREDI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-10-0417 AWI |
| Plaintiffs, | ) | **ORDER GRANTING** |
| | ) | **RULE 43 WAIVER OF PERSONAL** |
| vs. | ) | **APPEARANCE AS TO DEFENDANT** |
| | ) | **MICHAEL MANFREDI** |
| MICHAEL MANFREDI, et. al., | ) | |
| Defendant. | ) | |

Upon reviewing the Rule 43 waiver of personal appearance signed and filed by Michael Manfredi, said Defendant shall be allowed to appear through counsel W. Scott Quinlan at any pre-trial status hearing or motion not involving an evidentiary hearing without the necessity of personally appearing at such hearings, unless otherwise ordered to appear by the Court.

IT IS SO ORDERED.

Dated:   September 12, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE