1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   ELANA S. LANDAU
3  Assistant United States Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, CA 93721
5  Telephone: (559) 447-4000

6  THOMAS E. PEREZ
   Assistant Attorney General
7  BARBARA KAY BOSSERMAN
   Senior Legal Counsel
8  U.S. Department of Justice
   Civil Rights Division, Criminal Section
9  601 D Street NW
   Washington, DC 20004
10 Telephone: (202) 305-1113

11

12             IN THE UNITED STATES DISTRICT COURT FOR THE

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 UNITED STATES OF AMERICA,   ) CR. No. 1:10-cr-417-AWI
                               )
16                  Plaintiff, ) STIPULATION TO SET BRIEFING
                               ) SCHEDULE AND ORDER
17        v.                   )
                               )
18                             )
   MICHAEL MANFREDI,           )
19                             )
                               )
20                  Defendant. )
                               )
21 _____)

22

23      The parties, through their respective counsel, hereby agree

24 and stipulate to the following combined briefing schedule with

25 respect to defendant Manfredi's Motion for Reconsideration (Doc.

26 113) and the Government's motion addressing the Garrity "use"

27 issue:

28

Government's response to the motion for reconsideration and Government's motion on the Garrity "use" issue due: <u>May 14, 2012</u>;

Defendant's reply to Government's response to the motion for reconsideration and Defendant's response to the Government's motion on the Garrity "use" issue due: <u>June 4, 2012</u>;

Government's reply to Defendant's response to the Government's motion on the Garrity "use" issue due: <u>June 13, 2012</u>;

Hearing on the motions: <u>June 18, 2012 at 1:30 p.m.</u>

Respectfully submitted,

DATED: May 2, 2012     /s W. SCOTT QUINLAN
Counsel for Defendant Manfredi
2333 Merced Street
Fresno, CA 93721
Telephone: (559) 442-0634

DATED: May 2, 2012     /s BARBARA KAY BOSSERMAN
Senior Legal Counsel
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 305-1113

**ORDER**

Pursuant to the Parties' stipulation, the court ORDERS that:

1. The Government's response to the motion for reconsideration and the Government's motion on the Garrity "use" issue SHALL BE FILED May 14, 2012;

2. Defendant's reply, if any, to the Government's response to the motion for reconsideration and Defendant's response, if any, to the Government's motion on the Garrity "use" issue

```
      SHALL BE FILED BY June 4, 2012;
3.    The Government's reply to Defendant's response to the
      Government's motion on the Garrity "use" issue SHALL BE
      FILEDE by June 13, 2012; and
4.    The Hearing on the motions SHALL BE HELD on June 18, 2012 at
      1:30 p.m.
```

IT IS SO ORDERED.

Dated:     May 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE