IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 1:10-cr-417-AWI |
| ) | |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION TO |
| ) | RELEASE SEALED TRANSCRIPTS FROM |
| v. ) | APRIL 9, 2012, HEARING AND FOR |
| ) | PROTECTIVE ORDER |
| ) | |
| MICHAEL MANFREDI, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Having reviewed the joint Motion to Produce Sealed Transcripts and Motion for a Protective Order, the Court hereby enters the following Order.

   1. The transcript for the hearing on April 9, 2012, held in the above-captioned case, be sealed.

   2. A sealed copy of the transcript shall be released to counsel for defendant Manfredi and to the attorneys from the Government's filter team;

   3. Neither defendant Manfredi nor the attorneys from the Government's filter team shall permit co-defendants, potential trial witness, or attorneys or agents for such persons to review the transcript;

   4. The Government's review of the transcript shall be limited to the Government's filter team, including attorneys Shelly Ward, Chiraag Bains, Barbara Bosserman, and any attorney, paralegal, or support-staff member assisting these attorneys in the

1      execution of their duties;
2   5. In no event shall any Government attorney, federal
3      agent, paralegal, or support staff member who is
4      assigned to the trial team, or who is assisting the
5      trial team in the investigation and prosecution of this
6      case, be provided with a copy of the transcript or
7      permitted to review it; and
8   6. Any party may, for good cause, move for a modification
9      of this Order.
10
11  IT IS SO ORDERED.
12
    Dated:    May 14, 2012                  _____
13                                           CHIEF UNITED STATES DISTRICT JUDGE