BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
ELANA S. LANDAU
Assistant United States Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 447-4000

THOMAS E. PEREZ
Assistant Attorney General
CHIRAAG BAINS
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-3204

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MANFREDI, <br><br> Defendant. | CR. No. 1:10-cr-417-AWI <br><br> JOINT MOTION TO PRODUCE SEALED TRANSCRIPT OF JUNE 18, 2012 HEARING AND TO LIFT PROTECTIVE ORDER AS TO TRANSCRIPT OF APRIL 9, 2012 HEARING |

On April 9, 2012, the Court heard argument on Defendant Michael Manfredi's Motion to Dismiss the Indictment or to Suppress Evidence for Immunity Violations (Doc. 91).  On June 18, 2012, this Court heard further argument on the motion and on Defendant Manfredi's Motion for Reconsideration (Doc. 113).  The questions before the Court were whether any statements by

defendant Manfredi had been compelled through threat of termination from public employment and, if so, whether the government had used such statements during its investigation.

During both the April 9 and June 18 hearings, the government's trial team, co-defendants, and counsel for co-defendants were excluded from the courtroom to ensure that they were not exposed to any compelled (or arguably compelled) statements made by defendant Manfredi.  The government was represented by Chiraag Bains, an attorney assigned to the Government's filter team (sometimes referred to as a "taint" team).

Pursuant to a joint motion by the parties, the Court sealed the April 9, 2012 hearing transcript and issued a protective order limiting its disclosure to those other than Defendant's Manfredi's legal team and the Government's filter team.  The Court later sealed the June 18, 2012 hearing transcript.

The parties agree that, in order to comply with the Court's rulings and to prepare for trial, it is necessary for the parties to review the sealed transcripts from both hearings.  The parties agree that, to the extent the content of any compelled statements was discussed during the hearings, such content should be protected from dissemination to prosecutors and federal agents assigned to the trial team, co-defendants, or witnesses who might testify at trial.  The parties further agree that any portion of the hearing transcripts that does not discuss the content of any compelled statements may be disseminated to these individuals.

Having reviewed the April 9, 2012 hearing transcript, the parties agree that it contains no discussion of the substance of

any statements deemed compelled by the Court.  The parties cannot yet make this determination as to the June 18, 2012 hearing, having not yet reviewed it.

    The parties therefore request that the Court enter an order that (1) the protective order as to the April 9, 2012 hearing transcript be lifted and the transcript unsealed, permitting its dissemination to co-defendants, the trial team, and other parties; (2) a sealed copy of the transcript of the June 18, 2012 hearing be provided to defendant Manfredi and to the attorneys from the government's filter team; (3) defendant Manfredi and the government's filter team be precluded from allowing the co-defendants, potential trial witness, attorneys or agents for such persons, and members of the Government's trial team to review the transcript of the June 18, 2012 hearing; and (4) any party may, for good cause, move for a modification of this Court's order.

    For the reasons stated above, defendant Manfredi and the Government respectfully request that this Honorable Court issue an Order to this effect.

/s CHIRAAG BAINS  
Trial Attorney  
U.S. Department of Justice  
Civil Rights Division, Criminal Section  
601 D Street NW  
Washington, DC 20004  
Telephone: (202) 514-3204

/s W. SCOTT QUINLAN  
Counsel for Defendant Manfredi  
2333 Merced Street  
Fresno, CA 93721  
Telephone: (559) 442-0634

Dated: November 5, 2012

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 1:10-cr-417-AWI |
| ) | |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION TO |
| ) | PRODUCE SEALED TRANSCRIPT OF |
| v. ) | JUNE 18, 2012 HEARING AND TO |
| ) | LIFT PROTECTIVE ORDER AS TO |
| ) | TRANSCRIPT OF APRIL 9, 2012 |
| MICHAEL MANFREDI, ) | HEARING |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Having reviewed the parties' Joint Motion to Produce Sealed Transcript of June 18, 2012 Hearing and to Lift Protective Order as to Transcript of April 9, 2012 Hearing, the Court hereby enters the following Order.

1. Because the April 9, 2012 hearing included no discussion of the substance of any statements deemed compelled by this Court, the protective order as to the April 9, 2012 hearing transcript shall be lifted and the transcript unsealed, permitting its dissemination to co-defendants, the trial team, and other parties.

2. A sealed copy of the transcript of the June 18, 2012 hearing shall be provided to defendant Manfredi and to the attorneys from the government's filter team.

3. Defendant Manfredi and the government's filter team shall be precluded from allowing the co-defendants, potential trial witness, attorneys or agents for such persons, and members of the Government's trial team to

4

```
1            review the transcript of the June 18, 2012 hearing
2       4.   Any party may, for good cause, move for a modification
3            of this Order.
4
5       IT IS SO ORDERED.
6
        Dated:      November 6, 2012            /s/ signature
7
                          UNITED STATES DISTRICT JUDGE
8
```