W. SCOTT QUINLAN, 101269
2333 Merced Street
Fresno, Ca  93721
Telephone: (559) 442-0634
Facsimile:  (559) 233-6947

Attorney for Defendant MICHAEL MANFREDI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MANFREDI,<br><br>    Defendant. | No.  CR-F-10-0417 AWI<br><br>**ORDER TERMINATING ATTORNEY FEE REIMBURSEMENT PAYMENTS AS TO MICHAEL MANFREDI** |

By order of this Court, W. Scott Quinlan was appointed effective February 22, 2011 to represent Defendant Michael Manfredi pursuant to 18 U.S.C. § 3006A based on a finding that Defendant Manfredi was financially unable to retain counsel.  Pursuant to § 3006A(f), the Court found that Defendant Michael Manfredi had funds available to make some payment. Accordingly, he was ordered to make payments to the Clerk of the Court for deposit in the Treasury as a reimbursement to the Criminal Justice Act appropriation.

That order is now hereby TERMINATED, effective nunc pro tunc to the date of his acquittal of all charges on February 12, 2014.  Defendant Michael Manfredi is no longer required to make payments to the Clerk of the Court on this matter.

///

///

1

1
2   IT IS SO ORDERED.
3   Dated:   July 17, 2014
                                       SENIOR DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28